FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG - 7 2008

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 4:08CR00284-01 |
| | ) | |
| DOYLE D. PEAL | ) | |

## ORDER

Defendant Doyle D. Peal's oral Motion for Examination to Determine Competency to Stand Trial (18 U.S.C. § 4241) and Motion for Determination of Existence of Insanity at the Time of Offense (18 U.S.C. § 4242) are GRANTED.

Accordingly, Defendant is committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the Court upon receipt of Defendant's facility designation.

Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 7th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE