# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:08CR00284-01 JLH

DOYLE PEAL                                                            DEFENDANT

## ORDER

The defendant has filed an Uncontested Motion to Continue Plea Hearing. Good cause having been shown, the motion is granted. Docket #19. The arraignment and plea hearing for defendant Doyle Peal is hereby rescheduled for **WEDNESDAY, FEBRUARY 11, 2009, at 9:30 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 4th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE